United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LPP MORTGAGE LTD., <br>     Plaintiff, <br>     v. <br> ONDYN HERSCHELLE, et al., <br>     Defendants. | Case No. 13-cv-04330-JSC <br><br> **ORDER REFERRING CASE TO ADR UNIT FOR ASSESSMENT TELEPHONE CONFERENCE** |

Pursuant to Civil Local Rule 16-8 and ADR Local Rule 2-3, the Court refers this foreclosure-related action to the Alternative Dispute Resolution (ADR) Unit for a telephone conference to assess this case's suitability for mediation or a settlement conference. Plaintiff's and Defendant's counsel shall participate in a telephone conference, to be scheduled by the ADR Unit as soon as possible.

Plaintiff's and Defendant's counsel shall be prepared to discuss the following subjects:

(1) Identification and description of claims and alleged defects in loan documents.

(2) Prospects for settlement.

The parties need not submit written materials to the ADR Unit for the telephone conference.

In preparation for the telephone conference, both parties shall do the following:

(1) Review relevant loan documents and investigate the claims and defenses to determine whether they have merit.

(2) Arrange for a representative of each party with full settlement authority to participate in the telephone conference.

The ADR Unit will notify the parties of the date and time the telephone conference will be held. After the telephone conference, the ADR Unit will advise the Court of its recommendation for further ADR proceedings.

1
2          **IT IS SO ORDERED.**
3     Dated:  July 17, 2014
4                                                              _____
                                                               JACQUELINE SCOTT CORLEY
5                                                              United States Magistrate Judge

United States District Court
Northern District of California