BRIAN M. GROSSMAN (SBN 166681)
ELINA ANTONIOU (SBN 274014)
TESSER RUTTENBERG & GROSSMAN LLP
12100 Wilshire Boulevard, Suite 220
Los Angeles, California 90025
Telephone:  (310) 207-4022
Facsimile:   (310) 207-4033
Email:       bgrossman@trgllp.com
             eantoniou@trgllp.com

Attorneys for Substituted Plaintiff
BRE-2, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LPP MORTGAGE LTD., a Texas limited partnership,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ONDYN HERSCHELLE, individually and as Trustee of the Esther Herschelle 2003 Trust dated November 24, 2003 and the Ondyn Herschelle 2003 Trust dated November 24, 2003; and CRANBERRY FINANCIAL, LLC, a Delaware limited liability company,<br><br>　　　　Defendants. | CASE NO. 3:13-cv-04330-JSC<br><br>[Hon. Jacqueline S. Corley]<br><br>**FIFTH SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:   June 11, 2015<br>Time:  1:30 p.m.<br>Dept.:  F |

　　　Plaintiff BRE-2, Inc. ("Plaintiff") and defendant Ondyn Herschelle ("Ondyn") respectfully submit the following Fifth Supplemental Joint Case Management Conference Statement. Defendant Cranberry Financial, LLC ("Cranberry") has been defaulted. [Dkt. 30 (Entry of Default against Cranberry)].

///

///

---

**JOINT CASE MANAGEMENT STATEMENT**
**(Case No. 3:13-cv-04330-JSC)**

## JOINT CASE MANAGEMENT STATEMENT

The parties would respectfully refer the Court to their prior Joint Case Management Statements, which set forth the facts and legal issues in this case, and provide additional information required by the Local Rules. [Dkt. 41, 49, 55, 56 and 58]. Since the last Case Management Conference held on October 2, 2014, the parties attended a mediation on December 15, 2014, which resulted in a tentative settlement. [Dkt. 54]. After some delay, a Forbearance and Modification Agreement (the "Forbearance Agreement") was entered into effective May 12, 2015.

Pursuant to the Forbearance Agreement, Plaintiff agreed to forbear from exercising its rights and remedies under the applicable Promissory Note and Deed of Trust through June 30, 2015. Plaintiff also agreed to cancel and rescind its non-judicial foreclosure proceedings (which it did). Ondyn agreed to stipulate to a judicial foreclosure if Plaintiff's loan is not paid in full by the end of the forbearance period (*i.e.*, June 30, 2015).

If Ondyn pays the loan in full by the June 30th deadline, then Plaintiff will seek to dismiss this action. If she does not, then Plaintiff will move for a judgment of foreclosure pursuant to the parties' stipulation. In either case, the parties will know in which direction this case is heading within the next 30 days. Therefore, the parties respectfully request that the Court continue the Case Management Conference for not less than 30 days.

DATED: June 3, 2015         TESSER RUTTENBERG & GROSSMAN LLP
                            BRIAN M. GROSSMAN
                            ELINA ANTONIOU


                                    /s/ Brian M. Grossman
                                Attorneys for Plaintiff
                                BRE-2, INC.
                                E-mail: bgrossman@trgllp.com

DATED: June 3, 2015                     LAW OFFICES OF JASON W. ESTAVILLO
                                        JASON W. ESTAVILLO


                                        /s/ Jason W. Estavillo
                                        Attorneys for Defendant
                                        ONDYN HERSCHELLE, etc.
                                        E-mail: jason@estavillolaw.com




The case management conference is continued to July 16, 2015 at 1:30 p.m., an updated case management statement shall be filed 7 days prior.

Dated: June 5, 2015

*[SEAL: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — GRANTED, Judge Jacqueline Scott Corley]*